ANN DUFFY *v.* MICHAEL DUFFY, Respondent; ROSEANNA HUGHES, et al., Appellants.

(Argued November 25, 1889; decided December 3, 1889.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made January 7, 1889, which affirmed an order of Special Term denying a motion to revive and continue this action.

The action was brought and issue joined therein, in 1863. No further steps were taken therein by plaintiff. She died in 1877. This motion was made in 1888.

The following is the *mem.* of opinion.

"The laches in this case was so great that the court in the exercise of its discretion could deny the motion, and, for this conclusion the cases of *Coit* v. *Campbell* (82 N. Y. 509), *Lyon* v. *Park* (111 id. 350), and *Matter of Palmer* (115 id. 493) are ample authorities.

There is, therefore, nothing for us to review, and the appeal should be dismissed, with costs."

*Charles P. Cowles* for appellant.

*H. B. Closson* for respondent.

*Per Curiam mem.* for dismissal of appeal.
All concur.
Appeal dismissed.